UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DARLENE L. TIPTON,

    Defendant.

Case No. 05-cv-4224-JPG

## **JUDGMENT**

This matter having come before the Court, and the plaintiff having dismissed its claims,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

**Dated:  June 14, 2006**                By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**